JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA LIZETTE LEON-ORTEGA,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CV 22-07540-SK<br><br>**JUDGMENT** |

  **IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: November 1, 2023    _____

                   HON. STEVE KIM
                   U.S. MAGISTRATE JUDGE